# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **JERRY DALLAS** | **CIVIL ACTION NO. 05-0673-M** |
| **VS.** | **SECTION P** |
| **WARDEN TIM WILKINSON** | **JUDGE JAMES** |
| | **MAGISTRATE JUDGE KIRK** |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and after an independent review of the entire record, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that this petition for writ of *habeas corpus* is **DENIED AND DISMISSED WITHOUT PREJUDICE** since it plainly appears from the face of the petition and exhibits that the petitioner has failed to exhaust all available state court remedies.

**THUS DONE AND SIGNED**, in Chambers, in Monroe, Louisiana, on this 22nd day of August, 2005.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE